# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| BENJAMIN HOOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV408-212 |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On January 14, 2010, the Court directed plaintiff to show cause within 10 days why his case should not be dismissed for his failure to diligently prosecute this action. (Doc. 12.) He has failed to comply. Accordingly, pursuant to the Court's inherent power to police its docket, plaintiff's case should be **DISMISSED** without prejudice for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.

1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  1st  day of February, 2010.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA